## CHEWNING *v.* BRYSON, administratrix.

FISH, J. 1. Highways may, by agreement and acquiescence for seven years by acts or declarations, become established dividing lines between coterminous landowners, although never run and marked for that purpose.

2. The judgment of the trial judge, who by consent decided all issues in this case without a jury, is supported by the great preponderance of the evidence.          *Judgment affirmed. All the Justices concurring.*

Submitted February 1, —Decided March 15, 1899.

Protest to processioners' return. Before Judge Candler. DeKalb superior court. February term, 1898.

*Alonzo Field,* for plaintiff.
*Hunt & Golightly,* for defendant.

---

## PHILLIPS *v.* ROSENHEIM.

FISH, J. There being evidence sufficient to authorize the verdict and the trial judge being satisfied therewith, his judgment refusing a new trial will not be reversed.          *Judgment affirmed. All the Justices concurring.*

Argued February 1, — Decided March 15, 1899.

Equitable petition. Before Judge Gamble. Emanuel superior court. April term, 1898.

*Saffold & Mitchell,* for plaintiff in error.
*Williams & Williams* and *F. R. Durden,* contra.